IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HRT CHICAGO INVESTMENTS, LLC on behalf of itself and derivatively on behalf of ANUBODY MD, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK FARAH; DANIEL GALLAGHER; and TANYA WAHBEH, <br><br> Defendant. | Case No. 1:21-cv-06534 <br><br> Honorable Elaine E. Bucklo |

**DEFENDANT GALLAGHER'S MOTION TO JOIN DEFENDANTS FARAH AND WABEH'S MOTION TO RECONSIDER**

Defendant, DANIEL GALLAGHER, by and through his counsel, KONICEK & DILLON, P.C., moves to join Defendants Farah and Wabeh's Motion to Reconsider. In support thereof, Defendant Gallagher states as follows:

1. On December 20, 2022, this Court denied all of the Defendants' motions to dismiss. (Dkts. 55 and 56).

2. On December 23, 2022, Defendants Farah and Wabeh filed a motion to reconsider. (Dkt. 57).

3. The bases for reconsideration discussed in Defendants Farah and Wabeh's motion to reconsider are equally applicable to Defendant Gallagher.

4. Thus, Defendant Gallagher prays that this Court allow him to join Defendants Farah and Wabeh's motion to reconsider.

WHEREFORE, for all the above-stated reasons, Defendant Gallagher respectfully requests that this Honorable Court enter an order allowing Defendant Gallagher to join Defendants Farah and Wabeh's motion to reconsider.

| | |
|---|---|
| Amir R. Tahmassebi, #6287787<br>Konicek & Dillon, P.C.<br>70 W. Madison, Suite 2060<br>Chicago, IL 60602<br>(312) 328-9166 (Direct)<br>(630) 262-9659 (Fax)<br>amir@konicekdillonlaw.com | Respectfully submitted,<br><br>/s/ Amir Tahmassebi<br>Counsel for Defendant Gallagher |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing was filed with the Court on December 28, 2022, causing all counsel of record to be served via the Court's CM/ECF filing system.

                                      /s/ Amir R. Tahmassebi
                                      Amir R. Tahmassebi