# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

HRT Chicago Investments, LLC

Plaintiff(s),

v.

Patrick Farah, Daniel Gallagher, and Tanya Wahbeh

Defendant(s).

Case No. 1:21-cv-06534
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered for the Defendant Patrick Farah, Daniel Gallagher, and Tanya Wahbeh and against the Plaintiff HRT Chicago Investments, LLC as to Count I. The remaining counts of the Amended Complaint seeking relief pursuant to state law are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to reconsider.

Date: 2/23/2023                                    Thomas G. Bruton, Clerk of Court

                                                    Maria G. Hernandez, Deputy Clerk